UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACCOUNTABILITY, FOUNDATION,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. AGENCY FOR GLOBAL MEDIA,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 22-0889 (CRC)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated November 15, 2022, the parties have conferred and provide the following joint status report.

1.     This Freedom of Information Act ("FOIA") action involves Plaintiff's 58 separate FOIA requests for information concerning the Voice of America. Compl. ¶ 11, ECF No. 1. Generally speaking, for 19 different Voice of America employees or other related personnel, Plaintiff is requesting, *inter alia*, (A) calendar entries, (B) email logs, and (C) specific emails, text messages, and other messages.

2.     Since the parties' last joint status report, Defendant U.S. Agency for Global Media ("the Agency") on December 6, 2022, produced 135 pages of records which were responsive to a FOIA request not at issue in this litigation and also partially responsive to Plaintiff's FOIA requests at issue in this litigation.

3.     On December 8, 2022, the Agency also produced 105 pages of records responsive to Part 1 of the request for specific emails directed to Ali Sajjadi (FOIA Request #22-007). Certain information was withheld from both productions pursuant to FOIA Exemptions (b)(5) and (b)(6).

4.      The Agency has also conducted a search for Part 2 of the specific email request directed to Ali Sajjadi. As there were approximately 12,000 responsive hits, the Agency's position is that the request as currently stated is unduly burdensome. Further, the Agency has reason to believe that this same search for the other Voice of America employees will yield a similarly high number of responsive hits as well. The parties are meeting and conferring over the scope of Part 2 of the specific email requests directed to the 18 Voice of America employees.

5.      The Agency is conducting a search for Part 1 of the request for specific emails for Arash Sigarchi (FOIA Request #22-010). The Agency currently anticipates making its next production by March 6, 2023.

6.      The parties are currently meeting and conferring over whether certain requests are subject to FOIA and are discussing the scope and content of the outstanding requests. The parties will continue to meet and confer and report back to the Court.

The parties propose filing another status report in approximately 90 days, or on or before May 16, 2023, to update the Court on the progress of the parties' discussions and production.

Dated: February 15, 2023

Respectfully submitted,

  /s/ Blake Meadows
Blake W. Meadows
Georgia Bar No. 569729
District Court of D.C. Bar No GA0033
Foster, Foster, & Smith LLC
l4l S. McDonough St.
Jonesboro, GA 30236
Phone: (770) 478-4000
bmeadows@fostersmith.law

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*Counsel for Plaintiff*

By: */s/ Christina O'Tousa*
CHRISTINA O'TOUSA
D.C. Bar # 241667
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252- 2437
christina.o'tousa@usdoj.gov

*Counsel for Defendant*